IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOWMONT CORPORATION,<br>a Delaware corporation,<br>      Plaintiff,<br>v.<br><br>KROMBACHER BRAUEREI BERNHARD<br>SCHADEBERG GMBH & CO. KG,<br>a German corporation,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.  02-CV-1969<br><br><br>Judge Christopher F. Droney |

**JOINT STATUS REPORT**

  The parties, Defendant, Krombacher Brauerei Bernhard Schadeberg GMBH & Co., KG ("Krombacher"), and Plaintiff, Bowmont Corporation ("Bowmont"), submit this joint status report pursuant to the Court's February 20, 2004, Order.

  **A. Nature of Case.**

  This case is a dispute between a U.S. importer, Bowmont, and a German beer manufacturer, Krombacher, over U.S. importation and distribution rights to Krombacher's products.  Bowmont seeks to enforce an alleged oral franchise agreement it asserts was concluded in 2002, and also asserts several related statutory claims.  Bowmont seeks injunctive, declaratory and monetary relief.  Krombacher denies the existence of the alleged 2002 agreement, and asserts that the parties' written 2000 agreement provides that any litigation must proceed in Germany.  Krombacher filed a counterclaim seeking declaratory and monetary relief.  There is a jury demand in the case.  A related case filed by Krombacher is proceeding in Germany.

  There are two pending motions:

  (1) <u>Krombacher's Motion For Judgment On The Pleadings</u>.  On March 5, 2003, Krombacher filed its Motion For Judgment On The Pleadings based on the statute of frauds.  The motion has been fully briefed since April 7, 2003.

(2)  <u>Bowmont's Motion To Recover Costs And Fees For Service Of Process</u>. On March 18, 2003, Bowmont filed its Motion To Recover Costs And Fees For Service Of Process. Krombacher filed its Memorandum In Opposition on March 28, 2003. Bowmont did not reply and stands on its opening brief.

B. **<u>Discovery</u>.**

The parties produced a substantial amount of documents in connection with the preliminary injunction hearing. The principal witnesses were examined at length in the preliminary injunction hearing. No other discovery has been initiated. There is no scheduling order in this case. The parties have not pursued discovery and believe that discovery should be stayed pending the Court's consideration of Krombacher's motion for judgment on the pleadings and the outcome of the case in Germany.

C. **<u>Settlement</u>.**

Counsel in the U.S. litigation last discussed settlement on or about January 8, 2004. No follow-up on settlement is currently required of either counsel on the U.S. side. It seems unlikely that a settlement conference would be beneficial at this time.

D. **<u>Trial Preparation</u>.**

No joint trial memorandum has been filed. There presently is no scheduling order requiring the filing of a joint trial memorandum. For the reasons set out above, the parties believe that it is premature to consider trial scheduling, or additional pleadings, pending resolution of Krombacher's motion for judgment on the pleadings, and the ongoing trial in Germany.

| | |
|---|---|
| March 15, 2004 | Respectfully submitted, |
| BOWMONT CORPORATION | KROMBACHER BRAUEREI BERNHARD SCHADEBERG GMBH & CO. |

By:_____  
    One of Its Attorneys

Barry T. Meek (22898)
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(804) 788-8200

Alexandra B. Stevens (20300)
McCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800

By:_____
    One of Its Attorneys

Diane J. Romza-Kutz (24383)
Thomas A. Lidbury (24384)
MAYER, BROWN, ROWE & MAW, LLP
190 South LaSalle Street
Chicago, Illinois 60603-3441
(312) 782-0600

Steven M. Greenspan (00380)
DAY, BERRY & HOWARD, LLP
City Place 1
Hartford, CT 06103
(860) 275-0100

## **CERTIFICATE OF SERVICE**

    I, Thomas A. Lidbury, one of the attorneys for Krombacher Brauerei Bernhard Schadeberg GmbH & Co. KG, hereby certify that I caused a copy of the foregoing **Joint Status Report** to be served upon:

    Barry T. Meek
    HUNTON & WILLIAMS, LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA  23219-4074

    Alexandra B. Stevens (20300)
    McCARTER & ENGLISH, LLP
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT 06902

on March 15, 2004, by overnight courier.

_____
Steven M. Greenspan