UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOWMONT CORPORATION,<br>    Plaintiff, | |
| v. | Civil Action No.<br>3:02 CV 1969 (CFD) |
| KROMBACHER BRAUEREI<br>BERNHARD GMBH & CO.<br>    Defendant. | |

### ORDER

Pending is the plaintiff's motion for Alfred U. Pavlis to withdraw as attorney [Doc. # 49]. The motion is DENIED, as moot, in light of this Court's order of April 2, 2003 granting Bowmont's subsequent motion for Attorney Pavlis to withdraw.

SO ORDERED this 29th day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE