UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOWMONT CORPORATION, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02 CV 1969 (CFD) |
| KROMBACHER BRAUEREI | : | |
| BERNHARD GMBH & CO. | : | |
|     Defendant. | : | |

**R U L I N G S**

    1. Defendant's Motion for Judgment on the Pleadings **[Doc. #34]** is **DENIED**, without prejudice to filing a motion for summary judgment;

    2. Bowmont's Motion to Recover costs and Fees for Service of Process **[Doc. #45]** is **DENIED**;

    3. The Court **corrects the date on page 3** of its Ruling on Motion for Preliminary Injunction **[Doc. #60]** to "**June 28, 2002**" from "June 28, 2003."

    IT IS SO ORDERED this 22nd day of September 2004, at Hartford, Connecticut

    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**