UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOWMONT CORPORATION ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KROMBACHER DRAUEREI BERNHARD ) <br> SCHADEBERG, CMBH & CO. KG, ) <br> a German corporation, ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 3:02-CV-1969 (CFD) <br><br><br><br><br><br><br><br><br> October 1, 2004 |

## NOTICE OF BANKRUPTCY

Pursuant to the Court's request, the undersigned hereby submits the attached Notice of Bankruptcy of Bowmont Corporation, issued by the United States Bankruptcy Court – District of Connecticut. The bankruptcy proceeding was assigned to Judge Alan H.W. Shiff (case number 04-50698).

THE PLAINTIFF,
BOWMONT CORPORATION
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By /s/ Alexandra B. Stevens
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing NOTICE OF BANKRUPTCY has been mailed, postage prepaid, this 1st day of October, 2004 to:

STEVEN M. GREENSPAN, ESQ.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103

DIANE J. ROMZA-KUTZ, ESQ.
THOMAS A. LIDBURY, ESQ.
DEBRA BOGOSAVLJEVIC, ESQ.
SEAN P. DAILEY, ESQ.
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, Illinois 60603-3441

BARRY T. MEEK, ESQ.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074

ALEXANDRA B. STEVENS

HARTFORD: 624109.01

United States Bankruptcy Court
District of Connecticut

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 06/04/2004 at 12:57 PM and filed on 06/04/2004 at 12:40 PM.

**Bowmont Corp**
329 Riverside Avenue
Westport, CT 06880
Tax id: 06-1459919



FILED Electronically 06/04/2004 12:40 PM

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **James Berman**<br>Zeisler and Zeisler<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605<br>(203) 368-4234 | **Richard M. Coan**<br>Coan Lewendon Gulliver & Miltenberger LL<br><br>495 Orange Street<br>New Haven, CT 06511<br>(203)624-4756 |

The case was assigned case number 04-50698 to Judge Alan H.W. Shiff.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ecf.ctb.uscourts.gov/ or at the Clerk's Office, 915 Lafayette Blvd, Bridgeport, CT 06604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Deborah S. Hunt**
**Clerk, U.S.**
**Bankruptcy Court**