UNITED STATES DISTRICT COURT

DISTRICT OF CONNECITUCT

| | | |
|---|---|---|
| BOWMONT CORPORATION | * | |
| | * | |
| v. | * | CASE NO. 3:02CV1969 (CFD) |
| | * | |
| KROMBACHER DRAUERE | * | |
| BERNHARD SCHADEBERG, | * | |
| CMBH & CO. KG | | |

### ORDER OF DISMISSAL

Due to the filing of Chapter 7 bankruptcy proceedings by the plaintiff, further action in this case has been stayed since October 4, 2004.

Rather than continue the case on the Court's docket, the case is hereby dismissed without prejudice to its pursuit in the United States Bankruptcy Court and without prejudice to reopening on motion.

So ordered.

Dated at Hartford, Connecticut this 28th day of October, 2004.

Christopher F. Droney
United States District Judge