UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. (240) 3200
(AREA CODE 860)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

September 26, 2005

Alexandra Stevens
McCarter & English
Four Stamford Plaza
107 Elm St.
Stamford, CT 06902

      Re: Case Name: Bowmont v Kronbracher
           Number: 3:02cv1969 (CFD)

Dear Attorney Stevens:

As the above matter has been disposed of in this court on 10/28/04:

Enclosed are the plaintiff's exhibit:

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                                  Sincerely,

                                  Kevin F. Rowe, Clerk

                                  BY _____
                                        Deborah Johnson
                                        Deputy Clerk

ACKNOWLEDGMENT: *Alexandra B Stevens* DATE: 10/3/05