UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

June 15, 2006

Alexandra Stevens
695 E. Main St
Stamford, CT 06901

    Re: Case Name: Bowmont Corp. V Krombacher Brauerei
        Number: 3:02CV1969 (CFD)

Dear Attorney Stevens:

As the above matter has been disposed of in this court on 10/28/05:

Enclosed are the plaintiff's exhibits:

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _____
        Devorah Johnson
        Deputy Clerk

ACKNOWLEDGMENT: _Alexandra S. Stevens_  DATE: _6/21/06_